# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Kenneth Lewis,<br>*Plaintiff*<br>v.<br>James Carlyle Williams, Jr.; David M. Pascoe, Jr.; Diane Shafer Goodstein; Jasmine D. Wyman; William H. Davidson, II; Wanda H. Rowe; Mary S. Williams; Marva A. Hardee Thomas; Willia H. Waring; Tony C. Phinney; Terrance Arnold Vandokn; Raymond Dixson; Jerome Jones; Peggy M. Dunn; Bennie Ray Petrey; Allison Greer; Lanell Cantey Durant; Karen Christine Ratigan; Maite Murhy; Aileen P. Clare; Harry A. Walker; Henry Dargan McMaster; John W. McIntosh; Salley W. Elliot; Aughtry E.K. Randall; J. Clayton Mitchell, III; Michael McCall; Hearn C.J. Kittredge; Thomas J.J. Concur; Alan Wilson,<br>*Defendants* | Civil Action No.  1:17-cv-01652-HMH |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one):*

❒ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

❒ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ The plaintiff, Kenneth Lewis, shall take nothing of the defendants; James Carlyle Williams, Jr.; David M. Pascoe, Jr.; Diane Shafer Goodstein; Jasmine D. Wyman; William H. Davidson, II; Wanda H. Rowe; Mary S. Williams; Marva A. Hardee Thomas; Willia H. Waring; Tony C. Phinney; Terrance Arnold Vandokn; Raymond Dixson; Jerome Jones; Peggy M. Dunn; Bennie Ray Petrey; Allison Greer; Lanell Cantey Durant; Karen Christine Ratigan; Maite Murhy; Aileen P. Clare; Harry A. Walker; Henry Dargan McMaster; John W. McIntosh; Salley W. Elliot; Aughtry E.K. Randall; J. Clayton Mitchell, III; Michael McCall; Hearn C.J. Kittredge; Thomas J.J. Concur; Alan Wilson, and this action is dismissed with prejudice.

This action was *(check one)*:

❒ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❒ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Henry M. Herlong, Jr., United States District Judge, presiding, adopting the Report and Recommendation set forth by the Honorable Shiva V. Hodges, United States Magistrate Judge, which recommended dismissing the complaint with prejudice.

Date:   October 18, 2017                                     *ROBIN L. BLUME, CLERK OF COURT*

                                                             s/M. Walker
                                                             ―――――――――――――――――――――――――――――
                                                             *Signature of Clerk or Deputy Clerk*